IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 09-20157-KHV |
| ERIC. D. HARRINGTON, and<br>CLINT R. ROBINSON, | ) |
| Defendants. | ) |

**FINAL ORDER OF FORFEITURE**

WHEREAS, on April 6, 2010, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of Title 18, United States Code, Section, 924(d), as a result of defendants' pleas to Count 1 of the Indictment, and agreed to forfeit all of their interest in the personal property named in the Forfeiture Allegation.

AND WHEREAS, notice was published on an official government internet website, www.forfeiture.gov, for at least 30 consecutive days beginning on April 9, 2010 of the intent of the United States to dispose of the property in accordance with the law and notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the property;

AND WHEREAS, it appears from the record that no claims or inquiries of the Court or government have been filed for any of the property described in this Court's Preliminary Order of Forfeiture except that of Jeffery and Kendra Johnson. The government does not object to the request of the Johnsons for the return of property earlier stolen from them.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. The following property is hereby condemned and forfeited to the United States of

America, as follows:

    (a)    a 12 gauge Rossi shotgun, serial number S97986.

2.    The following property shall be returned to Jeffery and Kendra Johnson:

    (a)    a .22 caliber Remington Arms Co., Inc. Rifle, Model 597, serial number B2673955;
    (b)    a 12 gauge Beretta shotgun, Model AL2, serial number A42988E;
    (c)    a .22 caliber Winchester rifle, Model 190, serial number B854464;
    (d)    ammunition seized on September 24, 2009, from 8075 W. 2300 Road, Parker, Kansas;

SO ORDERED this 8th day of October, 2010.


                s/ Kathryn H. Vratil
                HONORABLE KATHRYN H. VRATIL
                UNITED STATES DISTRICT JUDGE